UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| PAMELA DENING, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-221-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Aetna Life Insurance Company with respect to all issues raised in this civil action.

2. The administrative decision of Aetna Life Insurance Company is **AFFIRMED**.

3. This action is **DISMISSED** and **STRICKEN** from the docket.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: July 12, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky